PASQUALE MELLILO, RESPONDENT, v. TIFFANY OIL BURNER COMPANY ET AL., APPELLANTS.

Submitted October 28, 1927—Decided February 6, 1928.

For the respondent, *Ernest L. Quackenbush.*

For the appellants, *Green & Green.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, PARKER, MINTURN, BLACK, CAMPBELL, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.